DAN RAYFIELD
Attorney General
REBECCA D. MAILE  #174013
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  becky.maile@doj.oregon.gov

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEMECIO CARDENAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OREGON DEPARTMENT OF CORRECTIONS, an agency of the State of Oregon, WARREN ROBERTS, LELAND BEAMER, THOMAS BRISTOL, DANIEL DEWSNUP, BENJAMIN NORTON, MARK PATTON, PATRICK MANEY, JOHN AND JANE DOES #1-#10, as members of the Therapeutic Level of Care Committee,<br><br>　　　　Defendants. | Case No.  2:24-cv-01007-AR<br><br>STIPULATED LIMITED JUDGMENT OF DISMISSAL |

**LIMITED JUDGMENT**

**IT IS SO STIPULATED:**


  _s/ Patrick L. Block_____ 　　　DATED this   19th   day of November, 2025.
**PATRICK L. BLOCK**, OSB #922330
Attorney for Plaintiff

Page 1 -　STIPULATED LIMITED JUDGMENT OF DISMISSAL
　　　BM3/bm6/998260467

_s/ Jennifer A. Street_                     DATED this __3rd__ day of November, 2025.
**JENNIFER A. STREET**, OSB #052419
Attorney for Defendant Warren Roberts


_s/ Rebecca D. Maile_                     DATED this __19th__ day of November, 2025.
**REBECCA D. MAILE**, OSB #174013
Senior Assistant Attorney General
Attorney for Defendant State of Oregon

THIS MATTER coming on regularly upon the stipulated motion of the parties dismissing defendants Warren Roberts, Leland Beamer, Thomas Bristol, Daniel Dewsnup, Benjamin Norton, Mark Patton, Patrick Maney, and John and Jane Does #1-#10 and the court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ADJUDGED that the above-named defendants be and the same hereby are dismissed.

DATED: November 19, 2025

_____
HONORABLE JEFF ARMISTEAD
UNITED STATES MAGISTRATE JUDGE

Submitted by: Rebecca D. Maile
Senior Assistant Attorney General
Attorneys for State Defendants

Page 2 -   STIPULATED LIMITED JUDGMENT OF DISMISSAL
           BM3/bm6/998260467

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791